UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIE NAVARRETE,<br><br>            Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>            Defendant. | CASE NO. CV 12-7566-JVS (AGR)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered dismissing this action without prejudice for failure to prosecute.

DATED: March 26, 2013

_____
JAMES V. SELNA
United States District Judge